FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 07 2014

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| COMMUNITY TELEVISION OF UTAH, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AEREO, INC.,<br><br>    Defendant. | **ORDER TRANSFERRING CASE**<br><br>Case No. 2:13CV910DB<br><br>(Consolidated Case No. 2:13CV975DB)<br><br>Judge Dee Benson |

The above-captioned case is hereby transferred to Judge Dale A. Kimball. All further proceedings in this case should be captioned using **Case No. 2:13CV910DAK**.

DATED this 7th day of February, 2014.

BY THE COURT:

_____
DEE BENSON
United States District Judge