Brent V. Manning (Utah Bar No. 2075)
Jess M. Krannich (Utah Bar No. 14398)
MANNING CURTIS BRADSHAW & BEDNAR LLC
136 East South Temple, Suite 1300
Salt Lake City, UT 84111-1135
Telephone:     801-363-5678
Facsimile:     801-364-5678
bmanning@mc2b.com
jkrannich@mc2b.com

Daralyn J. Durie (*Pro Hac Vice*)
Joseph C. Gratz (*Pro Hac Vice*)
Alex J. Feerst (*Pro Hac Vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300
ddurie@durietangri.com
jgratz@durietangri.com
afeerst@durietangri.com

*Attorneys for Defendant*
AEREO, INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMUNITY TELEVISION OF UTAH, LLC d/b/a KSTU FOX 13, KUTV LICENSEE, LLC d/b/a KUTV and KMYU, FOX BROADCASTING COMPANY, and NEXSTAR BROADCASTING, INC., <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>AEREO, Inc. <br><br>　　　　　　　　　　　Defendant. | NOTICE OF SUPPLEMENTAL AUTHORITY <br><br> Civil No. 2:13-cv-00910 DB <br> [Consolidated With Civil No. 2:13-cv-00975 DB] <br><br> District Judge Dale A. Kimball |

Pursuant to DUCivR 7-1(b)(4), Defendant Aereo, Inc. hereby provides notice of the supplemental authority appended hereto as Exhibit A.  Exhibit A is the April 2014 oral argument calendar for the United States Supreme Court, indicating that the *American Broadcasting Companies, et al. v. Aereo, Inc*. case will be heard by the Supreme Court on April 22, 2014.  This supplemental authority is pertinent to Aereo's Motion to Stay, Dkt. No. 73, at 2-3, Aereo's Reply in Support of Motion to Stay, Dkt. No. 78 at 4-5, and arguments made to the Court on February 7, 2014 regarding when the Supreme Court is likely to hear and rule upon *American Broadcasting Companies, et al. v. Aereo, Inc*.  Aereo received notice of the scheduling of oral argument in *American Broadcasting Companies, et al. v. Aereo, Inc*. on February 11, 2014, shortly after the hearing on Plaintiffs' Motions for Preliminary Injunction and Aereo's Motions to Stay in the above-captioned case concluded.  Aereo accordingly provides notice of this supplemental authority pursuant to DUCivR 7-1(b)(4).

Dated:  February 11, 2014                                    RESPECTFULLY SUBMITTED,

                                                             By:   */s/ Jess M. Krannich*

                                                             Attorney for Defendant
                                                             AEREO, INC.

1

## CERTIFICATE OF SERVICE

      I, Jess M. Krannich, hereby certify that on February 11, 2014, the foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| | |
|---|---|
| Brent O. Hatch<br>Shaunda L. McNeill<br>HATCH, JAMES & DODGE, P.C.<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101<br>Telephone: (801) 363-6363<br>Facsimile: (801) 363-6666<br>bhatch@hjdlaw.com<br>smcneill@hjdlaw.com | Rodney R. Parker<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, 11th Floor<br>Salt Lake City, Utah 84111<br>Telephone: 801.521.9000<br>Facsimile: 801.363.0400<br>rrp@scmlaw.com |
| Richard L. Stone<br>Julie A. Shepard<br>Amy M. Gallegos<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>rstone@jenner.com<br>jshepard@jenner.com<br>agallegos@jenner.com | John C. Ulin<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000<br>Facsimile: 213.243.4199<br>john.ulin@aporter.com<br><br>Robert Alan Garrett<br>Hadrian R. Katz<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Telephone: 202.942.5000<br>Facsimile: 202.942.5999<br>robert.garrett@aporter.com<br>hadrian.katz@aporter.com |
| *Attorneys for Plaintiffs*<br>*Community Television of Utah, LLC d/b/a*<br>*KSTU FOX 13, KUTV Licensee, LLC d/b/a*<br>*KMYU and KUTV, and Fox Broadcasting*<br>*Company* | *Attorneys for Plaintiff*<br>*Nexstar Broadcasting, Inc.* |

                                                */s/ Jess M. Krannich*
                                                  Jess M. Krannich