Jess M. Krannich (Utah Bar No. 14398)
MANNING CURTIS BRADSHAW & BEDNAR LLC
136 East South Temple, Suite 1300
Salt Lake City, UT 84111-1135
Telephone: (801) 363-5678
Facsimile: (801) 364-5678
jkrannich@mc2b.com

Daralyn J. Durie (*Pro Hac Vice*)
Joseph C. Gratz (*Pro Hac Vice*)
Alex J. Feerst (*Pro Hac Vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:  415-236-6300
ddurie@durietangri.com
jgratz@durietangri.com
afeerst@durietangri.com

*Attorneys for Defendant*
AEREO, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMUNITY TELEVISION OF UTAH, LLC d/b/a KSTU FOX 13, KUTV LICENSEE, LLC d/b/a KUTV and KMYU, FOX BROADCASTING COMPANY, and NEXSTAR BROADCASTING, INC., <br><br>                               Plaintiffs, <br><br>    v. <br><br> AEREO, Inc. <br><br>                               Defendant. | **DEFENDANT AEREO, INC.'S NOTICE OF APPEAL** <br><br> Civil No. 2:13-cv-00910 DAK [Consolidated With Civil No. 2:13-cv-00975 DAK] <br><br> District Judge Dale A. Kimball |

1

Notice is given, pursuant to 28 U.S.C. § 1292(a)(1), that Defendant Aereo, Inc. ("Aereo") hereby appeals to the United States Court of Appeals for the Tenth Circuit the Memorandum Decision and Order Granting Preliminary Injunction and Stay (ECF Docket No. 87) entered by the Court in this matter on February 19, 2014.

Dated:  February 19, 2014                                    RESPECTFULLY SUBMITTED,

                                                             By:   */s/ Jess M. Krannich*

                                                             Attorneys for Defendant
                                                             AEREO, INC.

**CERTIFICATE OF SERVICE**

I, Jess M. Krannich, hereby certify that on February 19, 2014, the foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| | |
|---|---|
| Brent O. Hatch<br>Shaunda L. McNeill<br>HATCH, JAMES & DODGE, P.C.<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101<br>Telephone: (801) 363-6363<br>Facsimile: (801) 363-6666<br>bhatch@hjdlaw.com<br>smcneill@hjdlaw.com | Rodney R. Parker<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, 11th Floor<br>Salt Lake City, Utah 84111<br>Telephone: 801.521.9000<br>Facsimile: 801.363.0400<br>rrp@scmlaw.com |
| Richard L. Stone<br>Julie A. Shepard<br>Amy M. Gallegos<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>rstone@jenner.com<br>jshepard@jenner.com<br>agallegos@jenner.com | John C. Ulin<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000<br>Facsimile: 213.243.4199<br>john.ulin@aporter.com<br><br>Robert Alan Garrett<br>Hadrian R. Katz<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Telephone: 202.942.5000<br>Facsimile: 202.942.5999<br>robert.garrett@aporter.com<br>hadrian.katz@aporter.com |
| *Attorneys for Plaintiffs*<br>*Community Television of Utah, LLC d/b/a*<br>*KSTU FOX 13, KUTV Licensee, LLC d/b/a*<br>*KMYU and KUTV, and Fox Broadcasting*<br>*Company* | *Attorneys for Plaintiff*<br>*Nexstar Broadcasting, Inc.* |

                                                  */s/ Jess M. Krannich*
                                                    Jess M. Krannich